## First Department, April, 1958

### (April 29, 1958)*

■ Walter N. Smith et al., Appellants, v. Robert Wagner, as Mayor of the City of New York, et al., Respondents.— Motion denied. Concur— Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## First Department, September, 1958

### (September 23, 1958)*

■ Walter N. Smith et al., Appellants, v. Robert Wagner, as Mayor of the City of New York, et al., Respondents.— Motion denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## Second Department, October, 1958

### (October 2, 1958)

■ Eleanor Darby et al., Respondents, v. Rosario Saeli, Defendant, and Margaret M. Scully, Appellant.— In a consolidated action to recover damages for injuries to person and property and for medical expenses and loss of services, the appeal is from an order granting respondents' motion for a preference in the trial of the action. Order reversed, without costs, and motion denied, without prejudice to the right of respondents to renew the motion on proper proof. The motion was granted pursuant to subdivision (d) of rule 8 of the Kings County Supreme Court Rules after the failure to consummate a settlement upon a pretrial conference. This record contains no facts from which it may be found that the interests of justice will be best served by granting a preference in the trial of this action. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of Anonymous (No. 12), Petitioner, against Supreme Court of the State of New York et al., Respondents.— Proceeding dismissed, without costs. Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

### (October 6, 1958)

■ In the Matter of the Appointment of a Member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Second and Tenth Judicial Districts.— Pursuant to the provisions of law (N. Y. Const., art. VI, § 2; Judiciary Law, § 90; Rules Civ. Prac., rule 1) Richard J. Maloney, Esq., a practicing lawyer of Brooklyn, County of Kings, N. Y., is hereby appointed a member of the Committee on Character and Fitness of applicants for admission to the Bar for the Second and Tenth Judicial Districts, in place of Frederick A. Keck, Esq., deceased, to investigate the character and fitness of applicants in said judicial districts for admission to practice as attorneys and counselors at law in the courts of this State; such appointment to take effect October 1, 1958. Present — Nolan, P. J., Wenzel, Beldock, Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ Irene Anderson, Respondent, v. Clyde Allsop et al., Appellants, and Robert C. Weaver, as State Rent Administrator, Intervenor-Respondent.— Motion to dismiss purported appeals from the Appellate Term. Motion granted,

* Not published with other decisions of April 29, 1958, 5 A D 2d 986 and Sept. 23, 1958, 6 A D 2d 1002.— [Rep.